# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D2026-0236

—————————————————

CARLTON WILLIAMS SR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

July 17, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and NORDBY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Carlton Williams Sr, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.